# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-10187-DOC (SP) | Date | May 4, 2015 |
|---|---|---|---|
| Title | GEORGE EDWARD MIXON v. CSP-LOS ANGELES CO., et al. | | |

| Present: The Honorable | **Sheri Pym, United States Magistrate Judge** | |
|---|---|---|
| Kimberly Carter | None Appearing | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| None Appearing | None Appearing |

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE WHY COMPLAINT SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE**

     On November 29, 2012, plaintiff George Edward Mixon, a California prisoner proceeding pro se, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. On December 19, 2012, this court, having completed screening of the complaint, dismissed it with leave to file a First Amended Complaint. On January 18, 2013, plaintiff filed his First Amended Complaint, which the court subsequently ordered to be served on defendants. Defendants filed a motion to dismiss the First Amended Complaint and, following the parties' briefing of the motion to dismiss, the court found the First Amended Complaint subject to dismissal in part, and granted plaintiff leave to file a Second Amended Complaint by April 13, 2015. Three weeks having passed beyond this deadline, the court has not received a Second Amended Complaint or any other communication from plaintiff.

     Accordingly, within **twenty-one (21)** days of the date of this Order, that is, by **May 25, 2015**, plaintiff is **ORDERED TO SHOW CAUSE**, in writing, why this action should not be dismissed for failure to prosecute and/or comply with a court order. Plaintiff is cautioned that his failure to timely file a response to this Order to Show Cause will be deemed by the court as consent to the dismissal of this action without prejudice. In the event plaintiff wishes to voluntarily dismiss this action, plaintiff may complete and return the enclosed Notice of Dismissal form by May 25, 2015.

     If plaintiff files a Second Amended Complaint by **May 25, 2015**, this Order to Show Cause will be automatically discharged, and plaintiff need not respond to it

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-10187-DOC (SP) | Date | May 4, 2015 |
|---|---|---|---|
| Title | GEORGE EDWARD MIXON v. CSP-LOS ANGELES CO., et al. | | |

separately.