JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE EDWARD MIXON, | Case No. CV 12-10187-DOC (SP) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| CSP LOS ANGELES COUNTY, et al., | |
| Defendants. | |

Pursuant to the Memorandum and Order Dismissing Action for Failure to Prosecute,

IT IS HEREBY ADJUDGED that the First Amended Complaint and this action are dismissed without prejudice.

Dated: September 1, 2015

_____
HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE